IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BYRON MONCADA ONG, | ) | No. CV-F-03-5417 REC/LJO P |
| | ) | |
| | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION FOR RECONSIDERATION |
| Plaintiff, | ) | (Doc. 53) |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| WARDEN ANDREWS, et al., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

   The court hereby denies plaintiff's motion for reconsideration filed on January 3, 2005.  The basis of plaintiff's motion is that the court did not consider his objections to the recommendation.  However, as the court's Order filed on December 23, 2004 makes clear, the court did consider plaintiff's objections in reviewing the entire record in this action.

   IT IS SO ORDERED.

**Dated: April 28, 2005**                    **/s/ Robert E. Coyle**
668554                                    UNITED STATES DISTRICT JUDGE

1